

Invoice Nbr: 14_0042_006
Contract: PBGC

Date processed: 12/19/2014
Period: 12/1/14 - 12/15/14

Bill To: Pension Benefit Guaranty Corp
Attn: Eben Adams
ATTN: COTR_Eben Adams
1200 K Street, NW Mail Stop 8565
Washington DC 20005-4026

Remit To: CyQuest Business Solutions Inc.
Attn: DeVan Brown
3401 Norman Berry Drive
Suite 273
Atlanta GA 30344

Prime Contract Nbr: PBGC01-CT-14-0042

## Direct Labor, Subcontractor, and Consultant Hours Detail

| Description | Current Period | Cost | Contrat Cumulatives | Cost |
|---|---|---|---|---|
| BASE YEAR - Hours Detail | | | | |
| Project Manager | | 5,900.10 | | 33,589.02 |
| Assistant Project Manager | | 5,491.83 | | 26,138.72 |
| Team Leader | | 15,625.82 | | 84,202.01 |
| Team Leader OT | | 0.00 | | 4,220.35 |
| LAN-WAN Administrator | | 4,251.80 | | 24,903.40 |
| LAN-WAN Administrator OT | | 0.00 | | 561.68 |
| Assistant Technical Support | | 2,728.00 | | 14,585.50 |
| Benefits Supervisor | | 15,581.23 | | 92,011.80 |
| Benefits Supervisor OT | | 0.00 | | 3,700.48 |
| Quality Review Analyst | | 6,712.98 | | 38,673.52 |
| Quality Review Analyst OT | | 0.00 | | 634.53 |
| Senior Pension Administrator | | 26,654.60 | | 145,515.80 |
| Senior Pension Administrator OT | | 0.00 | | 3,755.03 |
| Junior Pension Administrator | | 11,657.80 | | 81,120.12 |
| Junior Pension Administrator OT | | 0.00 | | 560.00 |
| Entry Pension Administrator | | 33,892.37 | | 189,673.38 |
| Entry Pension Administrator OT | | 0.00 | | 655.11 |
| Administrative Support Staff | | 6,922.08 | | 37,835.47 |
| Administrative Support Staff OT | | 0.00 | | 241.92 |
| Total | 3,778.25 | $135,418.61 | 21,814.00 | $782,577.84 |

This is to certify that the services required by the contract during this period have been performed and that the above invoice is correct and just and that payment has not been received.



**Invoice Nbr:** 14_0042_007
**Contract:** PBGC
**Date processed:** 1/7/2015
**Period:** 12/16/14 - 12/31/14

**Bill To:**
Pension Benefit Guaranty Corp
Attn: Eben Adams
ATTN: COTR_Eben Adams
1200 K Street, NW Mail Stop 8565
Washington DC 20005-4026

**Prime Contract Nbr:** PBGC01-CT-14-0042

**Remit To:**
CyQuest Business Solutions Inc.
Attn: DeVan Brown
3401 Norman Berry Drive
Suite 273
Atlanta GA 30344

## Direct Labor, Subcontractor, and Consultant Hours Detail

| Description | Current Period | | Contract Cumulatives | |
|---|---|---|---|---|
| | | Cost | | Cost |
| **BASE YEAR - Hours Detail** | | | | |
| Project Manager | | 3,872.46 | | 37,461.48 |
| Assistant Project Manager | | 5,266.76 | | 31,405.48 |
| Team Leader | | 12,214.07 | | 95,416.08 |
| Team Leader OT | | 157.77 | | 4,378.12 |
| LAN-WAN Administrator | | 4,418.84 | | 29,322.24 |
| LAN-WAN Administrator OT | | 70.21 | | 631.89 |
| Assistant Technical Support | | 2,480.00 | | 17,065.50 |
| Benefits Supervisor | | 15,568.73 | | 107,580.53 |
| Benefits Supervisor OT | | 0.00 | | 3,700.48 |
| Quality Review Analyst | | 4,728.64 | | 43,402.16 |
| Quality Review Analyst OT | | 0.00 | | 634.53 |
| Senior Pension Administrator | | 18,209.96 | | 163,725.76 |
| Senior Pension Administrator OT | | 133.71 | | 3,888.74 |
| Junior Pension Administrator | | 13,607.68 | | 94,927.80 |
| Junior Pension Administrator OT | | 0.00 | | 560.00 |
| Entry Pension Administrator | | 31,513.38 | | 221,186.76 |
| Entry Pension Administrator OT | | 0.00 | | 655.11 |
| Administrative Support Staff | | 5,453.78 | | 43,289.23 |
| Administrative Support Staff OT | | 0.00 | | 241.92 |
| **Total** | 3,329.25 | $117,895.97 | 25,143.25 | $900,473.81 |

This is to certify that the services required by the contract during this period have been performed and that the above invoice is correct and just and that payment has not been received.



**Invoice Nbr:** 14_0042_008

**Contract:** PBGC

**Date processed:** 1/21/2015

**Period:** 1/1/15 - 1/15/15

**Bill To:**
Pension Benefit Guaranty Corp
Attn: Eben Adams
ATTN: COTR_Eben Adams
1200 K Street, NW Mail Stop 8565
Washington DC 20005-4026

**Remit To:**
CyQuest Business Solutions Inc.
Attn: DeVan Brown
3401 Norman Berry Drive
Suite 273
Atlanta GA 30344

**Prime Contract Nbr:** PBGC01-CT-14-0042



## Direct Labor, Subcontractor, and Consultant Hours Detail

| Description | Current Period Cost | Contract Cumulatives Cost |
|---|---|---|
| **BASE YEAR - Hours Detail** | | |
| Project Manager | 5,484.60 | 42,946.08 |
| Assistant Project Manager | 4,966.66 | 36,372.14 |
| Team Leader | 14,158.76 | 110,574.84 |
| Team Leader OT | 0.00 | 4,378.12 |
| LAN-WAN Administrator | 4,859.20 | 34,181.44 |
| LAN-WAN Administrator OT | 0.00 | 631.89 |
| Assistant Technical Support | 2,170.00 | 19,235.50 |
| Benefits Supervisor | 14,705.88 | 122,286.41 |
| Benefits Supervisor OT | 0.00 | 3,700.48 |
| Quality Review Analyst | 6,206.34 | 49,608.50 |
| Quality Review Analyst OT | 0.00 | 634.53 |
| Senior Pension Administrator | 21,709.28 | 185,435.04 |
| Senior Pension Administrator OT | 0.00 | 3,888.74 |
| Junior Pension Administrator | 15,609.34 | 110,537.14 |
| Junior Pension Administrator OT | 0.00 | 560.00 |
| Entry Pension Administrator | 25,331.96 | 246,518.72 |
| Entry Pension Administrator OT | 0.00 | 655.11 |
| Administrative Support Staff | 6,083.04 | 49,372.27 |
| Administrative Support Staff OT | 0.00 | 241.92 |
| **Total** | 3,339.00  $121,285.06 | 28,482.25  $1,021,758.87 |

This is to certify that the services required by the contract during this period have been performed and that the above invoice is correct and just and that payment has not been received.



Invoice Nbr: 14_0042_009  
Contract: PBGC  

Date processed: 2/4/2015  
Period: 1/16/15 - 1/31/15  

Bill To:
Pension Benefit Guaranty Corp  
Attn: Eben Adams  
ATTN: COTR_Eben Adams  
1200 K Street, NW Mail Stop 8565  
Washington DC 20005-4026  

Remit To:
CyQuest Business Solutions Inc.  
Attn: DeVan Brown  
3401 Norman Berry Drive  
Suite 273  
Atlanta GA 30344  

Prime Contract Nbr: PBGC01-CT-14-0042



## Direct Labor, Subcontractor, and Consultant Hours Detail

| Description | Current Period Cost | Contract Cumulatives Cost |
|---|---|---|
| BASE YEAR - Hours Detail | | |
| Project Manager | 6,215.88 | 49,161.96 |
| Assistant Project Manager | 3,331.11 | 39,703.25 |
| Team Leader | 14,101.90 | 124,676.74 |
| Team Leader OT | 0.00 | 4,378.12 |
| LAN-WAN Administrator | 4,659.20 | 39,040.64 |
| LAN-WAN Administrator OT | 0.00 | 631.89 |
| Assistant Technical Support | 2,433.50 | 21,669.00 |
| Benefits Supervisor | 15,881.35 | 138,167.76 |
| Benefits Supervisor OT | 0.00 | 3,700.48 |
| Quality Review Analyst | 6,533.55 | 56,142.05 |
| Quality Review Analyst OT | 0.00 | 634.53 |
| Senior Pension Administrator | 19,164.32 | 204,599.36 |
| Senior Pension Administrator OT | 0.00 | 3,888.74 |
| Junior Pension Administrator | 18,637.34 | 129,174.48 |
| Junior Pension Administrator OT | 0.00 | 560.00 |
| Entry Pension Administrator | 24,765.22 | 271,283.94 |
| Entry Pension Administrator OT | 0.00 | 655.11 |
| Administrative Support Staff | 6,187.92 | 55,560.19 |
| Administrative Support Staff OT | 0.00 | 241.92 |
| **Total** | **3,377.75  $122,111.29** | **31,860.00  $1,143,870.16** |

This is to certify that the services required by the contract during this period have been performed and that the above invoice is correct and just and that payment has not been received.



Invoice Nbr: 14_0042_010

Contract: PBGC

Date processed: 2/19/2015

Period: 2/1/15 - 2/15/15

Bill To: Pension Benefit Guaranty Corp
Attn: Eben Adams
ATTN: COTR_Eben Adams
1200 K Street, NW Mail Stop 8565
Washington DC 20005-4026

Prime Contract Nbr: PBGC01-CT-14-0042

Remit To: CyQuest Business Solutions Inc.
Attn: DeVan Brown
3401 Norman Berry Drive
Suite 273
Atlanta GA 30344



| Description | Current Period Cost | Contrat Cumulatives Cost |
|---|---|---|
| **BASE YEAR - Hours Detail** | | |
| Project Manager | 5,867.42 | 54,829.38 |
| Assistant Project Manager | 5,056.69 | 44,759.94 |
| Team Leader | 14,465.82 | 139,142.58 |
| Team Leader OT | 0.00 | 4,378.12 |
| LAN-WAN Administrator | 4,859.20 | 43,899.84 |
| LAN-WAN Administrator OT | 0.00 | 631.89 |
| Assistant Technical Support | 2,208.75 | 23,877.75 |
| Benefits Supervisor | 16,006.40 | 154,174.16 |
| Benefits Supervisor OT | 925.12 | 4,625.60 |
| Quality Review Analyst | 6,649.65 | 62,791.70 |
| Quality Review Analyst OT | 0.00 | 634.53 |
| Senior Pension Administrator | 24,215.68 | 228,815.04 |
| Senior Pension Administrator OT | 857.41 | 4,546.15 |
| Junior Pension Administrator | 16,744.84 | 145,919.32 |
| Junior Pension Administrator OT | 840.00 | 1,400.00 |
| Entry Pension Administrator | 21,602.02 | 292,885.96 |
| Entry Pension Administrator OT | 243.76 | 898.87 |
| Administrative Support Staff | 6,122.37 | 61,882.58 |
| Administrative Support Staff OT | 0.00 | 241.92 |
| **Total** | **3,413.00   $126,265.13** | **35,273.00   $1,270,135.29** |

This is to certify that the services required by the contract during this period have been performed and that the above invoice is correct and just and that payment has not been received.



**CYQUEST BUSINESS SOLUTIONS, INC.**

Invoice Nbr: 14_0042_011

Contract: PBGC

Date processed: 3/3/2015

Period: 9/13/14 - 2/15/15
Adjust for increased bill rate contract to date (Mod 1);

| Bill To: | Pension Benefit Guaranty Corp<br>Attn: Eben Adams<br>ATTN: COTR_Eben Adams<br>1200 K Street, NW Mail Stop 8565<br>Washington DC 20005-4026 | Remit To: | CyQuest Business Solutions Inc.<br>Attn: DeVan Brown<br>3401 Norman Berry Drive<br>Suite 273<br>Atlanta GA 30344 |
|---|---|---|---|

Prime Contract Nbr: PBGC01-CT-14-0042



## Direct Labor, Subcontractor, and Consultant Hours Detail

| Description | Current Period | | Contract Cumulatives | |
|---|---|---|---|---|
| | | Cost | | Cost |
| **BASE YEAR - Hours Detail** | | | | |
| Project Manager | | 0.00 | | 54,829.38 |
| Assistant Project Manager | | 0.00 | | 44,759.94 |
| Team Leader | | 0.00 | | 139,142.56 |
| Team Leader OT | | 0.00 | | 4,378.12 |
| LAN-WAN Administrator | | 0.00 | | 43,899.84 |
| LAN-WAN Administrator OT | | 0.00 | | 631.89 |
| Assistant Technical Support | | 24,039.50 | | 24,039.50 |
| Benefits Supervisor | | 0.00 | | 154,174.16 |
| Benefits Supervisor OT | | 0.00 | | 4,625.60 |
| Quality Review Analyst | | 0.00 | | 62,791.70 |
| Quality Review Analyst OT | | 0.00 | | 634.53 |
| Senior Pension Administrator | | 3,084.80 | | 231,899.84 |
| Senior Pension Administrator OT | | 0.00 | | 4,546.15 |
| Junior Pension Administrator | | (2,422.40) | | 143,496.92 |
| Junior Pension Administrator OT | | 0.00 | | 1,400.00 |
| Entry Pension Administrator | | 295,219.27 | | 295,219.28 |
| Entry Pension Administrator OT | | 0.00 | | 898.87 |
| Administrative Support Staff | | 82,176.58 | | 62,176.58 |
| Administrative Support Staff OT | | 0.00 | | 241.92 |
| Less Prior Bill Rates for BASE YEAR | | | | |
| Administrative Support Staff | | (81,682.59) | | 0.00 |
| Entry Pension Administrator | | (292,885.96) | | 0.00 |
| Assistant Technical Support | | (23,877.75) | | 0.00 |
| **Total** | 0.00 | **$3,651.49** | 35,273.80 | **$1,273,786.78** |

This is to certify that the services required by the contract during this period have been performed and that the above invoice is correct and just and that payment has not been received.



**Invoice Nbr:** 14_0042_012

**Contract:** PBGC

**Date processed:** 3/6/2015

**Period:** 2/16/15 - 2/28/15

CYQUEST BUSINESS
SOLUTIONS, INC.

**Bill To:** Pansion Benefit Guaranty Corp
Attn: Eben Adams
ATTN: COTR_Eben Adams
1200 K Street, NW Mail Stop 8565
Washington DC 20005-4026

**Prime Contract Nbr:** PBGC01-CT-14-0042

**Remit To:** CyQuest Business Solutions Inc.
Attn: DeVan Brown
3401 Norman Berry Drive
Suite 273
Atlanta GA 30344



## Direct Labor, Subcontractor, and Consultant Hours Detail

| Description | Current Period | | Contrat Cumulatives | |
|---|---|---|---|---|
| | | Cost | | Cost |
| BASE YEAR - Hours Detail | | | | |
| Project Manager | | 5,850.24 | | 60,679.62 |
| Assistant Project Manager | | 4,396.47 | | 49,156.41 |
| Team Leader | | 11,508.97 | | 150,651.53 |
| Team Leader OT | | 210.36 | | 4,588.48 |
| LAN-WAN Administrator | | 4,373.28 | | 48,273.12 |
| LAN-WAN Administrator OT | | 0.00 | | 631.89 |
| Assistant Technical Support | | 2,247.12 | | 26,288.62 |
| Benefits Supervisor | | 14,305.72 | | 168,479.88 |
| Benefits Supervisor OT | | 0.00 | | 4,625.60 |
| Quality Review Analyst | | 6,079.68 | | 68,871.38 |
| Quality Review Analyst OT | | 0.00 | | 634.53 |
| Senior Pension Administrator | | 19,781.28 | | 251,681.12 |
| Senior Pension Administrator OT | | 178.28 | | 4,724.43 |
| Junior Pension Administrator | | 14,587.39 | | 158,084.31 |
| Junior Pension Administrator OT | | 0.00 | | 1,400.00 |
| Entry Pension Administrator | | 20,664.83 | | 315,884.11 |
| Entry Pension Administrator OT | | 0.00 | | 898.87 |
| Administrative Support Staff | | 5,616.38 | | 67,792.96 |
| Administrative Support Staff OT | | 0.00 | | 241.92 |
| **Total** | **2,981.25** | **$109,800.00** | **38,254.25** | **$1,383,586.78** |

This is to certify that the services required by the contract during this period have been performed and that the above invoice is correct and just and that payment has not been received.



Invoice Nbr: 14_0042_013

Contract: PBGC

Date processed: 3/19/2015

Period: 3/1/15 - 3/15/15

**Bill To:** Pension Benefit Gueranty Corp
Attn: Eben Adams
ATTN: COTR_Eben Adems
1200 K Street, NW Mail Stop 8565
Washington DC 20005-4026

Prime Contract Nbr: PBGC01-CT-14-0042

**Remit To:** CyQuest Business Solutions Inc.
Attn: DeVan Brown
3401 Normen Berry Drive
Suite 273
Atlanta GA 30344

## Direct Labor, Subcontractor, and Consultant Hours Detail

| Description | Current Period | | Contrat Cumulatives | |
|---|---|---|---|---|
| BASE YEAR - Hours Detail | | Cost | | Cost |
| Project Manager | | 6,033.06 | | 66,712.68 |
| Assistent Project Manager | | 4,981.66 | | 54,138.07 |
| Team Leader | | 12,236.81 | | 162,888.34 |
| Team Leader OT | | 0.00 | | 4,588.48 |
| LAN-WAN Administrator | | 4,859.20 | | 53,132.32 |
| LAN-WAN Administrator OT | | 0.00 | | 631.89 |
| Assistant Technical Support | | 2,247.12 | | 28,533.74 |
| Benefits Supervisor | | 14,305.72 | | 182,785.60 |
| Benefits Supervisor OT | | 0.00 | | 4,625.60 |
| Quality Review Analyst | | 6,565.21 | | 75,438.59 |
| Quality Review Analyst OT | | 0.00 | | 634.53 |
| Senior Pension Administrator | | 22,846.80 | | 274,527.92 |
| Senior Pension Administrator OT | | 356.56 | | 5,080.99 |
| Junior Pension Administrator | | 16,260.36 | | 174,344.67 |
| Junior Pension Administrator OT | | 280.00 | | 1,680.00 |
| Entry Pension Administrator | | 23,275.33 | | 339,159.44 |
| Entry Pension Administrator OT | | 921.72 | | 1,820.59 |
| Administrative Support Staff | | 6,263.91 | | 74,056.87 |
| Administrative Support Staff OT | | 0.00 | | 241.92 |
| Total | 3,325.00 | $121,433.46 | 41,579.25 | $1,505,020.24 |

This is to certify that the services required by the contract during this period have been performed and that the above invoice is correct and just and that payment has not been received.



Invoice Nbr: 14_0042_014

Contract: PBGC

Date processed: 4/7/2015

Period: 3/16/15 - 3/31/15

Bill To:
Pension Benefit Guaranty Corp
Attn: Eben Adams
ATTN: COTR_Eben Adams
1200 K Street, NW Mail Stop 8565
Washington DC 20005-4026

Prime Contract Nbr: PBGC01-CT-14-0042

Remit To:
CyQuest Business Solutions Inc.
Attn: DeVan Brown
3401 Norman Berry Drive
Suite 273
Atlanta GA 30344

## Direct Labor, Subcontractor, and Consultant Hours Detail

| Description | Current Period | Cost | Contrat Cumulatives | Cost |
|---|---|---|---|---|
| BASE YEAR - Hours Detail | | | | |
| Project Manager | | 7,046.88 | | 73,759.56 |
| Assistant Project Manager | | 6,787.26 | | 60,905.33 |
| Team Leader | | 15,216.41 | | 176,104.75 |
| Team Leader OT | | 0.00 | | 4,568.48 |
| LAN-WAN Administrator | | 5,831.04 | | 58,963.36 |
| LAN-WAN Administrator OT | | 70.21 | | 702.10 |
| Assistant Technical Support | | 0.00 | | 28,533.74 |
| Benefits Supervisor | | 18,507.40 | | 201,293.00 |
| Benefits Supervisor OT | | 0.00 | | 4,625.60 |
| Quality Review Analyst | | 7,008.52 | | 82,445.11 |
| Quality Review Analyst OT | | 0.00 | | 634.53 |
| Senior Pension Administrator | | 25,729.17 | | 300,257.09 |
| Senior Pension Administrator OT | | 356.56 | | 5,437.55 |
| Junior Pension Administrator | | 19,560.88 | | 193,905.55 |
| Junior Pension Administrator OT | | 0.00 | | 1,680.00 |
| Entry Pension Administrator | | 30,934.13 | | 370,093.57 |
| Entry Pension Administrator OT | | 0.00 | | 1,820.59 |
| Administrative Support Staff | | 7,281.47 | | 81,338.34 |
| Administrative Support Staff OT | | 241.92 | | 483.84 |
| Total | 3,955.25 | $144,561.85 | 45,534.50 | $1,649,572.09 |

This is to certify that the services required by the contract during this period have been performed and that the above invoice is correct and just and that payment has not been received.



Invoice Nbr: 14_0042_015

Contract: PBGC

Date processed: 4/22/2015

Period: 4/1/15 - 4/15/15

Bill To: Pension Benefit Guaranty Corp
Attn: Eben Adams
ATTN: COTR_Eben Adams
1200 K Street, NW Mail Stop 8565
Washington DC 20005-4026

Remit To: CyQuest Business Solutions Inc.
Attn: DeVan Brown
3401 Norman Berry Drive
Suite 273
Atlanta GA 30344

Prime Contract Nbr: PBGC01-CT-14-0042



## Direct Labor, Subcontractor, and Consultant Hours Detail

| Description | Current Period | | Contract Cumulatives | |
|---|---|---|---|---|
| | Hours | Cost | Hours | Cost |
| BASE YEAR - Hours Detail | | | | |
| Project Manager | | 7,329.42 | | 81,088.98 |
| Assistant Project Manager | | 6,572.19 | | 67,477.52 |
| Team Leader | | 15,580.33 | | 193,685.08 |
| Team Leader OT | | 0.00 | | 4,588.48 |
| LAN-WAN Administrator | | 5,345.12 | | 64,308.48 |
| LAN-WAN Administrator OT | | 35.11 | | 737.21 |
| Assistant Technical Support | | 0.00 | | 28,533.74 |
| Benefits Supervisor | | 15,493.70 | | 216,786.70 |
| Benefits Supervisor OT | | 462.56 | | 5,088.16 |
| Quality Review Analyst | | 7,071.85 | | 89,516.96 |
| Quality Review Analyst OT | | 0.00 | | 634.53 |
| Senior Pension Administrator | | 23,068.53 | | 323,325.62 |
| Senior Pension Administrator OT | | 356.56 | | 5,794.11 |
| Junior Pension Administrator | | 17,895.48 | | 211,801.03 |
| Junior Pension Administrator OT | | 280.00 | | 1,960.00 |
| Entry Pension Administrator | | 30,256.60 | | 400,350.17 |
| Entry Pension Administrator OT | | 243.76 | | 2,064.35 |
| Administrative Support Staff | | 6,766.08 | | 88,104.42 |
| Administrative Support Staff OT | | 0.00 | | 483.84 |
| **Total** | **3,744.00** | **$136,757.29** | **49,278.50** | **$1,786,329.38** |

This is to certify that the services required by the contract during this period have been performed and that the above invoice is correct and just and that payment has not been received.