# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| K. WENDELL LEWIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:15-cv-01328 (RBW) |
| | ) |
| PENSION BENEFIT GAURANTY CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' STATUS REPORT

Pursuant to the Court's February 4, 2019 Order, Docket No. 110, Plaintiffs submit this status report and state as follows:

Plaintiffs filed a petition for certiorari in the Supreme Court of the United States on April 4, 2019, which was docketed as No. 18-1279. Defendant Pension Benefit Guaranty Corporation filed a brief in opposition on May 8, 2019. Plaintiffs are filing their reply brief in response to Defendant's opposition brief today.

Plaintiffs believe the case should remain stayed pending resolution of the petition for certiorari. Plaintiffs will file another status report in thirty days from the date of filing of this status report.

May 24, 2019                                   Respectfully submitted,

                                                                /s/ Anthony F. Shelley
Anthony F. Shelley (D.C. Bar No. 420043)
Timothy P. O'Toole (D.C. Bar No. 469800)
Michael N. Khalil (D.C. Bar No. 497566)
Miller & Chevalier Chartered
900 Sixteenth St. NW
Washington, DC 20006
Telephone:  202-626-5800
Facsimile:  202-626-5801
E-mail:  ashelley@milchev.com
         totoole@milchev.com
         mkhalil@milchev.com

*Attorneys for Plaintiffs*