**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| K. WENDELL LEWIS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PENSION BENEFIT GAURANTY CORPORATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case No. 1:15-cv-01328 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' STATUS REPORT

Pursuant to the Court's February 4, 2019 Order, Docket No. 110, Plaintiffs submit this status report and state as follows:

Plaintiffs filed a petition for certiorari in the Supreme Court of the United States on April 4, 2019, which was docketed as No. 18-1279.  Defendant Pension Benefit Guaranty Corporation (the "Corporation") filed a brief in opposition on May 8, 2019.  Plaintiffs filed their reply brief in response to the Corporation's opposition on May 24, 2019.  The petition was denied on June 17, 2019.

Notwithstanding that Plaintiffs are confident that the amended complaint seeks cognizable remedies beyond disgorgement in connection with the fiduciary breach claim, but in order to avoid further delaying their ability to appeal this Court's dismissal of claims 2-6, Plaintiffs have decided to move for an order dismissing their fiduciary breach claim and entering final judgment in the case.  Plaintiffs currently are conferring with the Corporation regarding the latter's position on the proposed motion and anticipate filing the motion within the next 30 days.

June 24, 2019                                  Respectfully submitted,

                                                   /s/ Anthony F. Shelley
Anthony F. Shelley (D.C. Bar No. 420043)
Timothy P. O'Toole (D.C. Bar No. 469800)
Michael N. Khalil (D.C. Bar No. 497566)
Miller & Chevalier Chartered
900 Sixteenth St. NW
Washington, DC 20006
Telephone:  202-626-5800
Facsimile:  202-626-5801
E-mail:  ashelley@milchev.com
          totoole@milchev.com
          mkhalil@milchev.com

*Attorneys for Plaintiffs*